**Exhibit A to the Complaint**

**Location:** Attleboro, MA  **IP Address:** 24.61.219.157
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1DED20104C332DB59D404A30F61D78233FC09704 | 09/29/2025 04:47:22 | Blacked Raw | 05/11/2025 | 05/20/2025 | PA0002531798 |
| 2 | 3C6A6E73DD7BD1A8F8E7FB22B882B48ED5864C3B | 09/27/2025 16:41:30 | Vixen | 09/19/2025 | 09/24/2025 | PA0002552393 |
| 3 | 6F2841D2636ED7803C897D2858DDCF06F6B3A9E8 | 09/27/2025 15:33:30 | Milfy | 09/17/2025 | 09/24/2025 | PA0002552386 |
| 4 | e5df37d5c860370be63f9adf29f983225e29522c | 09/19/2025 22:02:57 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 5 | 5B78A1D8823A7261233AF2C5751BA23C9D54A0E1 | 09/17/2025 19:28:23 | TushyRaw | 07/20/2025 | 07/22/2025 | PA0002541701 |
| 6 | 5b789477515f9186f370a6f1e3731937a8d8d60b | 09/03/2025 11:46:31 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 7 | 91b29bf3f683996df7397b4aa694ba747d373b34 | 09/03/2025 04:59:38 | Blacked | 11/13/2021 | 12/09/2021 | PA0002325812 |
| 8 | 5963ee36c0600948a0422798683a6ef70df150c8 | 09/02/2025 08:59:37 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 9 | B8D983F203A65D1CCEDABEA7763091ED38103AA7 | 08/25/2025 12:01:05 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 10 | a212dc729d924e9614269f6be4f1b1405d9c998d | 08/25/2025 06:26:49 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 11 | 1f107e1a8e5dd2829b2036749c1c737dcb43ebc6 | 08/19/2025 20:08:37 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 12 | 6bc46c2fa96d4fc568d262751671287e4d5e373f | 08/15/2025 04:14:08 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 13 | 96e6dd74c8c6b12614841ed0c9957f1e754d00b9 | 08/14/2025 16:51:17 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |
| 14 | 58d88da575141dc8576488d728d393b09fe01d83 | 07/30/2025 05:54:08 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 15 | 1512897fd7535d34d83c2e71ee61970b5765f229 | 07/30/2025 05:12:44 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |
| 16 | 1513fd92cce7329abc11a8dc30113d1c5c0ea9fe | 07/30/2025 04:58:24 | Vixen | 03/14/2025 | 03/28/2025 | PA0002522510 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 15135969f832e186ac93543120f1da85cf00a1ce | 07/30/2025 02:07:18 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 18 | 1513eaf69c6b0fa5ea03c9226eac9af4da048720 | 07/30/2025 01:23:42 | Blacked Raw | 05/10/2021 | 06/15/2021 | PA0002296920 |
| 19 | 1510a83dfe2997993899b3931b48d14a5fd7c3ee | 07/30/2025 01:18:16 | Vixen | 07/26/2025 | 08/08/2025 | PA0002544245 |
| 20 | 50047E169CF7BF25A5A6BDA85552C75250CB9809 | 06/26/2025 00:17:43 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 21 | E14DF18454F5F75C839E0DACA6F94D2703F2F840 | 06/25/2025 10:25:33 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 22 | 94CBE14F2132D10B93B01463568FC9FAC4158829 | 06/24/2025 23:15:52 | TushyRaw | 05/17/2025 | 05/21/2025 | PA0002532008 |
| 23 | ee04cae99307f1bc1b4dd24b47dd5af9358fccfd | 06/24/2025 19:02:49 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 24 | D30E699F8A48489881535E4EDD415F3C87FC3734 | 06/21/2025 08:46:12 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |